UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JMF MEDICAL, LLC ET AL | * | CIVIL ACTION |
| VERSUS | * | NO. 3:19-cv-00837-JWD-RLB |
| TEAM HEALTH, LLC F/K/A TEAM HEALTH, INC. ET AL | * | JUDGE deGRAVELLES |
| | * | MAG. BOURGEOIS |

## MOTION TO WITHDRAW DONNA PHILLIPS CURRAULT
## AS DEFENDANTS' COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Defendants Ameriteam Services, LLC, ACS Primary Care Physicians Louisiana, HCFS Healthcare Financial Services, LLC, Team Health, LLC, Team Health Holdings, LLC (collectively, "Defendants"), which in accordance with Local Rule 83(b)(13), move this Court for an Order allowing Donna Phillips Currault to withdraw as Defendants' counsel of record in this matter.  In support of this motion, Defendants represent:

1.

A. Gregory Grimsal and Donna Phillips Currault of the law firm of Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, LLC serve as counsel in this matter, along with pro hac vice counsel Peter Goldman, Ryan Hodinka, Jefferson Starling and Christina Lehm.

2.

Ms. Currault has been selected to serve as the new U.S. Magistrate Judge for the Eastern District of Louisiana, effective June 1, 2020.  Accordingly, Ms. Currault will withdraw from the Gordon, Arata firm on May 31, 2020, and will no longer be engaged in the private practice of law.  Accordingly, she will no longer be able to participate in the defense of this matter.

3.

Mr. Grimsal and pro hac vice counsel will continue to serve as counsel for Defendants, and Ms. Currault's withdrawal will not impact the progress of this matter.

4.

Plaintiff's counsel has no objection to this motion.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that this Court enter an Order allowing Donna Phillips Currault (La. Bar No. 19533) to withdraw as counsel of record for Defendants in this matter.

Respectfully submitted,

Peter Goldman
Christina Lehm
NELSON MULLINS BROAD & CASSEL
One Financial Plaza
100 S.E. 3rd Avenue, Suite 2700
Fort Lauderdale, FL  33394
Phone: (954) 764-7060

M. Jefferson Starling
Ryan Hodinka
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203-4642
Phone:  (205) 226-3406 Fax:(205) 488-5889

GORDON, ARATA, MONTGOMERY,
BARNETT, MCCOLLAM, DUPLANTIS
 & EAGAN, LLC
201 St. Charles Avenue   40th Floor
New Orleans, LA 70170-4000
Phone: (504) 582-1111 Fax: (504) 582-1121

By:  _/s/ A. Gregory Grimsal _____
      A. Gregory Grimsal (#6332)
       ggrimsal@gamb.com

      _/s/ Donna Phillips Currault _____
      Donna Phillips Currault (#19533)
      dcurrault@gamb.com

Attorneys for Defendants, Ameriteam Services, LLC, ACS Primary Care Physicians Louisiana, HCFS Healthcare Financial Services, LLC, Team Health, LLC, Team Health Holdings, LLC

3237331

2