## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JMF MEDICAL, LLC, *et al*.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:19-CV-00837** |
| | ) | |
| **TEAM HEALTH, INC., *et al*.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, the Parties, JMF Medical, LLC; Dr. Jared Michael Fabre; Freeman MD, LLC; Dr. Nathan Paul Freeman; Nickles & Ashlyn Bergeron, LLC; Dr. Nickles Paul Bergeron; Dr. Ashlyn Kidd Bergeron; Joseph Thomas Jr. MD, LLC; Dr. Joseph Thomas, Jr.; and Dr. Leo David Verlander, Jr. (collectively, "**Plaintiffs**"), and Team Health, LLC f/k/a Team Health, Inc.; ACS Primary Care Physicians Louisiana, PC; Team Health Holdings, Inc.; Ameriteam Services, LLC; and HCFS Healthcare Financial Services, LLC (collectively "**Defendants**"), and hereby jointly inform the Court that they have resolved their dispute and, therefore, stipulate and agree that the above-captioned action shall be dismissed with prejudice, with the Parties to bear their own costs and attorneys' fees.  *See* the proposed Order of Dismissal attached as Exhibit "A."


Respectfully Submitted,


/s/ Andrew A. Lemmon
Andrew Lemmon (#18302)
LEMMON LAW FIRM, LLC
15058 River Road
P.O. Box 904
Hahnville, LA 70057
Telephone: (985) 783-6789

/s/ Alex B. Rothenberg
Alex B. Rothenberg
GORDON, ARATA, MONTGOMERY,
BARNETT, MCCOLLAM, DUPLANTIS
& EAGAN, LLC
201 St. Charles Avenue 40th Floor
New Orleans, LA 70170-4000

Facsimile: (985) 783-1333
andrew@lemmonlawfirm.com

Telephone: (504) 582-1111
Facsimile: (504) 582-1121
arothenberg@gamb.com

For Plaintiffs

For Defendants

**OF COUNSEL**:

**For Plaintiffs**
LEMMON LAW FIRM, LLC
Andrew Lemmon (#18302)
15058 River Road
P.O. Box 904
Hahnville, LA 70057
Telephone: (985) 783-6789
Facsimile: (985) 783-1333
andrew@lemmonlawfirm.com

WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
D.G. Pantazis
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0500
Facsimile: (205) 254-1500
dgpjr@wigginschilds.com

**For Defendants**
Peter R. Goldman, Esquire
Peter.goldman@nelsonmullins.com
Christina Lehm, Esquire
Christina.lehm@nelsonmullins.com
NELSON MULLINS BROAD AND CASSEL
One Financial Plaza, Suite 2700
100 S.E. Third Avenue
Fort Lauderdale, Florida 33394
Telephone: (954) 764-7060

A. Gregory Grimsal
Alex B. Rothenberg

GORDON, ARATA, MONTGOMERY,
BARNETT, MCCOLLAM, DUPLANTIS
& EAGAN, LLC
201 St. Charles Avenue 40th Floor
New Orleans, LA 70170-4000
Telephone: (504) 582-1111
Facsimile: (504) 582-1121
ggrimsal@gamb.com
arothenberg@gamb.com

M. Jefferson Starling
Ryan M. Hodinka
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203-4642
Telephone: (205) 226-3406
jstarling@balch.com
rhodinka@balch.com

## CERTIFICATE OF SERVICE

     I hereby certify that on this 21st day of February 2022, I electronically filed a true and correct copy of the above and foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsel of record.

                          /s/ Andrew A. Lemmon
                          Andrew A. Lemmon