# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JMF MEDICAL, LLC**, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 3:19-CV-00837 |
| **TEAM HEALTH, INC.**, *et al.*, | ) |
| Defendants. | ) |

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Parties, JMF Medical, LLC; Dr. Jared Michael Fabre; Freeman MD, LLC; Dr. Nathan Paul Freeman; Nickles & Ashlyn Bergeron, LLC; Dr. Nickles Paul Bergeron; Dr. Ashlyn Kidd Bergeron; Joseph Thomas Jr. MD, LLC; Dr. Joseph Thomas, Jr.; and Dr. Leo David Verlander, Jr. (collectively, "**Plaintiffs**"), and Team Health, LLC f/k/a Team Health, Inc.; ACS Primary Care Physicians Louisiana, PC; Team Health Holdings, Inc.; Ameriteam Services, LLC; and HCFS Healthcare Financial Services, LLC (collectively "**Defendants**"), Joint Stipulation of Dismissal ("Stipulation") and the Court having reviewed the Parties' Stipulation, and the Court file, and being fully advised in the premises, it is:

ORDERED and ADJUDGED, that this action is hereby dismissed with prejudice. The Parties shall bear their own attorneys' fees and costs.

DONE AND ORDERED in Baton Rouge, Louisiana this 22nd day of February 2022.

_____
HON. JOHN W. deGRAVELLES
UNITED STATES DISTRICT JUDGE